So Ordered.

Signed this 8 day of July, 2020.

_____

Diane Davis

United States Bankruptcy Judge

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **NORTHERN DISTRICT OF NEW YORK** | **HEARING DATE:   7/7/2020** <br> **HEARING TIME: 9:30 AM** <br> **LOCATION: UTICA, NY** |
| **IN RE:     SHANNON L. BRANDT** <br>       **(Last four ssn:   7620)** | **CHAPTER 13** |
|         **Debtor,** | **Case No.     20-60626** |

**ORDER EXTENDING THE AUTOMATIC STAY**

The debtor by and through her attorney Maxsen D. Champion, Esq. filed a motion pursuant to 11 U.S.C. Section 362(c)(3)(B), requesting an Extension of the Automatic Stay (ECF Docket No. 8) on June 8, 2020 and said motion was served upon all of the debtor's creditors as evidenced by the Notice of Motion and annexed certificate of service (ECF Docket No. 9) and the motion having been made returnable on this Court's July 7, 2020 calendar on default and after deliberation it is accordingly and hereby,

ORDERED AND ADJUDGED, that the automatic stay is hereby extended beyond the initial thirty (30) days from the date the debtor filed her Chapter 13 petition through the term of this Chapter 13 and it is further,

###